1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    JONATHAN L. CLINE, and ELIZABETH           No. 2:25-cv-02001-TLN-AC
     A. CLINE,
8
                     Plaintiffs,
9                                               **RELATED CASE ORDER**
              v.
10
     REAL TIME RESOLUTIONS, INC. a
11   stock corporation, and ONEMAN
     FINANCIAL GROUP, LLC.,
12
                     Defendants.
13
     JONATHAN L. CLINE, and ELIZABETH           No. 2:25-cv-03393-TLN-SCR
14   A. CLINE,

15                   Plaintiffs,

16            v.

17   REAL TIME RESOLUTIONS, INC. a
     stock corporation, ONEMAN
18   FINANCIAL GROUP, LLC., and ZBS
     LAW LLP,
19
                     Defendants.
20

21

22        Examination of the above-captioned actions reveals they are related within the meaning of

23   Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a

24   substantial savings of judicial effort and is likely to be convenient for the parties.

25        Relating the cases under Local Rule 123, however, merely has the result that both actions

26   are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of

27   this Court, related cases are generally assigned to the judge and magistrate judge to whom the

28   first filed action was assigned.  Should either party wish to consolidate the actions, the

                                             1

1    appropriate motion or stipulation must be filed.

2          IT IS THEREFORE ORDERED that the action denominated 2:25-cv-03393-TLN-SCR is

3    reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire, and the caption

4    shall read 2:25-cv-03393-TLN-AC.  Any dates currently set before Magistrate Judge Sean C.

5    Riordan are hereby VACATED.

6          IT IS SO ORDERED.

7    Date: November 25, 2025

8    _____

9    TROY L. NUNLEY
     CHIEF UNITED STATES DISTRICT JUDGE